**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Roslyn Stanfield <br> First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–5216 <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 12–14197–VFP | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Roslyn Stanfield

4/6/17

**By the court:** Vincent F. Papalia
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 12-14197-VFP
Roslyn Stanfield                                                                                Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2            Date Rcvd: Apr 06, 2017
                              Form ID: 3180W           Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 08, 2017.
```
db            +Roslyn Stanfield,    35 Button Wood Street,    Jersey City, NJ 07305-4870
aty           +Courina Yulisa,    Fitzgerald & Associates,    649 Newark Ave,    Jersey City, NJ 07306-2303
aty           +Kristina Gandolfo Murtha,    Kivitz McKeever Lee, P.C.,    701 Market St,   Suite 5000,
                Philadelphia, PA 19106-1541
intp          +Creditors Bankruptcy Service,    PO Box 741026,    Dallas, TX 75374-1026
cr            +NATIONSTAR MORTGAGE, LLC,    PO BOX 9013,    Addison, TX 75001-9013
513158778     +BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC,    c/o Zucker Goldberg & Ackerman,
                200 Sheffied Street, Suite 101,    Mountainside, NJ 07092-2315
513536919     +Bank of America, N.A.,    c/o Kivitz, McKeever, Lee, P.C.,    701 Market Street, Suite 500,
                Philadelphia, PA 19106-1538
513158777     +Bank of America, NA,    c/o ZUCKER, GOLDBERG & ACKERMAN, LLC,    200 Sheffield Street, Suite 101,
                Mountainside, NJ 07092-2315
512839710     +Capital One, N.A.,    c/o Creditors Bankruptcy Service,    P.O. Box 740933,
                Dallas, TX 75374-0933
512785691     +Fort Greene Partnership Homes,    C/O Impact Real Estate Management Inc.,    PO Box 001617,
                New York, NY 10008-1617
512785693     +Medical Payment Data,    Quality Asset Recovery,    7 Foster Avenue, Ste 101,
                Gibbsboro, NJ 08026-1191
514237105    ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
              (address filed with court:  Nationstar Mortgage, LLC,     PO Box 619096,    Dallas, TX 75261-9741)
512785694    ++NISSAN MOTOR ACCEPTANCE CORPORATION,    LOSS RECOVERY,    PO BOX 660366,    DALLAS TX 75266-0366
              (address filed with court:  Nissan-infiniti Lt,     2901 Kinwest Pkwy,    Irving, TX   75063)
512785695     +Quality Asset Recovery,    7 Foster Ave Ste 101,    Gibbsboro, NJ 08026-1191
513557670     +Society Hill at Jersey City II CAI,    c/o Griffin Alexander, P.C.,    415 Rt 10, Suite 6-8,
                Randolph, NJ 07869-2100
513058073     +State of NEw Jersey,    Division of Taxation,    PO Box 245,    Trenton, NJ 08602-0245
512785697     +State of New Jersey,    Dept Of Labor And Workforce,    PO Box 951,   Trenton, NJ 08625-0951
512785698      State of New Jersey,    Division Of Taxation,    PO Box 190,    Trenton, NJ  08691-0190
512785699     +Taylor Management Company,    Society Hill II At Jersey City,    PO Box 48077,
                Newark, NJ 07101-4877
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Apr 06 2017 22:59:14      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 06 2017 22:59:11      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
513029514      EDI: BECKLEE.COM Apr 06 2017 22:38:00      American Express Centurion Bank,
                c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
512785684     +EDI: AMEREXPR.COM Apr 06 2017 22:38:00      Amex,    Po Box 297871,
                Fort Lauderdale, FL 33329-7871
512785687      EDI: BANKAMER.COM Apr 06 2017 22:38:00      Bank Of America, N.a.,    4161 Piedmont Pkwy,
                Greensboro, NC   27410
512837659      EDI: BANKAMER2.COM Apr 06 2017 22:38:00      FIA CARD SERVICES, N.A.,    PO Box 15102,
                Wilmington, DE 19886-5102
512785685     +EDI: BANKAMER2.COM Apr 06 2017 22:38:00      Bank Of America,    Po Box 17054,
                Wilmington, DE 19850-7054
512785686     +EDI: BANKAMER.COM Apr 06 2017 22:38:00      Bank Of America, N.a.,    450 American St,
                Simi Valley, CA 93065-6285
512785688     +EDI: CHASE.COM Apr 06 2017 22:38:00      Chase,    Po Box 15298,    Wilmington, DE 19850-5298
512824157     +EDI: TSYS2.COM Apr 06 2017 22:38:00      Department Stores National Bank/Macys,
                Bankruptcy Processing,    Po Box 8053,    Mason, OH 45040-8053
512806258      EDI: DISCOVER.COM Apr 06 2017 22:38:00      Discover Bank,    DB Servicing Corporation,
                PO Box 3025,    New Albany, OH   43054-3025
512785689     +EDI: DISCOVER.COM Apr 06 2017 22:38:00      Discover Fin Svcs Llc,    Po Box 15316,
                Wilmington, DE 19850-5316
512785690     +EDI: TSYS2.COM Apr 06 2017 22:38:00      Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
512785692     +EDI: CBSKOHLS.COM Apr 06 2017 22:38:00      Kohls/capone,    N56 W 17000 Ridgewood Dr,
                Menomonee Falls, WI 53051-7096
513314757     +EDI: OPHSUBSID.COM Apr 06 2017 22:38:00      Oak Harbor Capital VI, LLC,
                c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
513102299      EDI: PRA.COM Apr 06 2017 22:38:00      Portfolio Recovery Associates, LLC,
                c/o Sears Gold Mastercard,    POB 41067,    Norfolk VA 23541
512785696     +EDI: SEARS.COM Apr 06 2017 22:38:00      Sears/cbna,    Po Box 6189,   Sioux Falls, SD 57117-6189
                                                                                              TOTAL: 17
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr             BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC
cr             BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC
```

```
District/off: 0312-2          User: admin              Page 2 of 2                  Date Rcvd: Apr 06, 2017
                              Form ID: 3180W           Total Noticed: 36

514237106*     ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court: Nationstar Mortgage, LLC,   PO Box 619096,    Dallas, TX   75261-9741)
                                                                                          TOTALS: 2, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2017                                      Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 6, 2017 at the address(es) listed below:
```
              Dean L. Semer    on behalf of Petitioning Creditor   Society Hill at Jersey City II CAI c/o
               Griffin Alexander, P.C. attorneys@lawgapc.com
              Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, et al...
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Jeanette F. Frankenberg    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC cmecf@sternlav.com
              Joshua I. Goldman    on behalf of Creditor    U.S. Bank National Association, et al...
               jgoldman@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Lauren Yassine    on behalf of Debtor Roslyn  Stanfield laurenyassine.esq@gmail.com,
               nickfitz.law@gmail.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Melissa N. Licker    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC
               NJ_ECF_Notices@buckleymadole.com
              Nicholas Fitzgerald    on behalf of Debtor Roslyn  Stanfield nickfitz.law@gmail.com
              Patrick O. Lacsina    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC gshasa@rasnj.com,
               bmusarra@rasnj.com,bkyecf@rasflaw.com,legerman@rasnj.com
              Patrick O. Lacsina    on behalf of Creditor    BANK OF AMERICA, N.A. gshasa@rasnj.com,
               bmusarra@rasnj.com,bkyecf@rasflaw.com,legerman@rasnj.com
              Ting Y. Wu    on behalf of Debtor Roslyn  Stanfield beckywu.esq@gmail.com
                                                                                             TOTAL: 11
```